People v Henry (2024 NY Slip Op 00639)

People v Henry

2024 NY Slip Op 00639

Decided on February 7, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 7, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLEEN D. DUFFY, J.P.
PAUL WOOTEN
WILLIAM G. FORD
JANICE A. TAYLOR, JJ.

2007-00810
 (Ind. No. 2826/05)

[*1]The People of the State of New York, respondent,
v
Paul Henry, appellant.

Paul Henry, Stormville, NY, appellant pro se. 
Leslie W. Rubin, Floral Park, NY, former appellate counsel.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 24, 2010 (People v Henry, 76 AD3d 683), affirming a judgment of the Supreme Court, Nassau County, rendered January 10, 2007.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DUFFY, J.P., WOOTEN, FORD and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court